# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Christopher James Prince            Docket No. 5:07-CR-272-1BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher James Prince, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 28, 2008, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Christopher James Prince was released from custody on November 30, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 20, 2013, the defendant reported to the probation office and submitted a drug screen that returned positive for the use of cocaine. The defendant denied using cocaine, and the sample was sent to the laboratory for confirmation testing. The result of the confirmation test also yielded a positive result for cocaine use. During a subsequent interview with the defendant, he stated he attended a party where he had too much to drink, but he does not remember using cocaine. As a result of the positive test, the defendant was placed in the Surprise Urinalysis Program for a second time. Additionally, the defendant has agreed to complete a two-day period of intermittent confinement as directed by the Bureau of Prisons, as well as the inclusion of the DROPS Program as a means of addressing any drug use in the future. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Christopher James Prince
Docket No. 5:07-CR-272-1BO
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of two days and shall abide by all rules and regulations of the designated facility.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: October 30, 2013 |

## ORDER OF COURT

Considered and ordered this 30 day of October, 2013, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge